DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Wiggins<br><br>Case below:<br>185 N.C. App. ——<br>(21 August 2007) | No. 446P07 | Def's (Cartwright) PDR Under N.C.G.S.<br>§ 7A-31 (COA06-1481) | Denied<br>10/11/07 |
| State v. Williams<br><br>Case below:<br>184 N.C. App. ——<br>(19 June 2007) | No. 350P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-850) | Denied<br>10/11/07 |
| State v. Williamson<br><br>Case below:<br>175 N.C. App. 796 | No. 139P06-2 | Def's Motion for "Petition for<br>Discretionary Review" (COA05-290) | Dismissed<br>10/11/07 |
| State v. Wilson<br><br>Case below:<br>183 N.C. App. ——<br>(1 May 2007) | No. 257A07 | 1. Def's Emergency Motion for<br>Temporary Stay (COA06-509)<br><br>2. Def's Petition for Writ of Supersedeas | 1. Allowed<br>**06/11/07**<br>361 N.C. 437<br><br>2. Allowed<br>08/28/07 |
| State v. Winchester<br><br>Case below:<br>184 N.C. App. ——<br>(19 June 2007) | No. 353P07 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA06-1505)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*ex mero motu*<br>10/11/07<br><br>2. Denied<br>10/11/07 |
| State v. Wood<br><br>Case below:<br>185 N.C. App. ——<br>(7 August 2007) | No. 443P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-1391) | Denied<br>11/08/07 |
| Stealth Props., LLC<br>v. Town of Pinebluff<br>Bd. of Adjust.<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 375P07 | Respondent's PDR Under N.C.G.S. § 7A-31<br>(COA06-705) | Denied<br>10/11/07 |
| Steve Mason<br>Enters., Inc. v. City<br>of Gastonia<br><br>Case below:<br>184 N.C. App. ——<br>(19 June 2007) | No. 405P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-1339) | Denied<br>10/11/07 |
| Stott v. Nationwide<br>Mut. Ins. Co.<br><br>Case below:<br>183 N.C. App. ——<br>(1 May 2007) | No. 264P07 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-1117) | Denied<br>10/11/07 |